```
                                                    FILED
                                                    March 9, 2007
             -UNITED STATES DISTRICT COURT FOR THE  CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
                  EASTERN DISTRICT OF CALIFORNIA    CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. MAG. 07-0066-EFB
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
ALLEN SAUCEDO,                      )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALLEN SAUCEDO, Case No. MAG. 07-0066-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of the full equity in the following properties:

            1. 1421 Grand Ave., Sacramento, CA 95838

            2. 3935 Lily St., Sacramento, CA

    _X_    Appearance Bond with Surety

    _X_    (Other) Conditions as stated on the record

    _X_    (Other) The Defendant is ordered released on March 9, 2007, however the secure bond paperwork is to be filed with the Clerk of Court, no later than Monday, March 12, 2007.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 9, 2007 at 2:55 pm

By _____
  Edmund F. Brennan
  United States Magistrate Judge