**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ALAN SAUCEDO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. S-07-110 FCD |
| Plaintiff, | ) | |
| v. | ) | **ORDER EXONERATING BAIL AND RELEASING SECURITY** |
| ALAN SAUCEDO, | ) | |
| Defendant, | ) | |

The above named defendant was sentenced by this court to 48 months and was directed to self surrender in early January of this year.  Pursuant to that order the defendant surrendered to the Bureau of Prisons facility in Sheridan, Oregon on the date scheduled and is now serving his sentence. The defendant's pre-trial release was secured by deeds of trust in two parcels of property belonging to his father.  Defendant's bail should now be exonerate and the Clerk of the Court should be ordered to reconvey title to the property.

For Good Cause Appearing

**IT IS SO ORDERED.**

Dated:  July 18, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE